UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRENE SIMMONS, | ) |
| Plaintiff, | ) ) ) ) Case No. 20-cv-00478 |
| v. | ) ) |
| CITY OF CHICAGO; CHICAGO POLICE OFFICERS DAVID SALGADO, XAVIER ELIZONDO, ROBERTO RAMIREZ, RICHARD MOSTOWSKI, LISA TORRES, ARNOLDO LUEVANO, MARCOS PEREZ, and UNKNOWN OFFICERS, | ) ) ) ) Judge John F. Kness ) ) ) ) ) |
| Defendants. | ) |

**JOINT REQUEST FOR SETTLEMENT REFERRAL**

Plaintiff and Defendants jointly request a referral to the assigned Magistrate Judge for a settlement conference, stating in support as follows:

1. Plaintiff and the City of Chicago have recently engaged in efforts to settle all of Plaintiff's claims against all Defendants in this case.

2. Based on their settlement efforts to date, which included a settlement demand from Plaintiff, a response from the City of Chicago, and a subsequent discussion among counsel, the parties are hopeful that this case can settle at this early stage.

3. The parties agree that a settlement conference with the assigned Magistrate Judge would be the best path forward toward settlement and therefore respectfully request a referral for a settlement conference.

Respectfully submitted by:

| | |
|---|---|
| /s/ Scott Rauscher<br>*One of Plaintiffs' Attorneys*<br>Jon Loevy<br>Arthur Loevy<br>Scott Rauscher<br>Joshua Tepfer<br>Theresa Kleinhaus<br>Sean Starr<br>Loevy & Loevy<br>311 North Aberdeen Street<br>Third Floor<br>Chicago, Illinois 60607<br>Phone: (312) 243-5900 | /s/ Helen O'Shaughnessy<br>Special Assistant Corporation Counsel for Defendant City of Chicago<br><br>Avi Kamionski (akamionski@nklawllp.com)<br>Shneur Nathan (snathan@nklawllp.com)<br>Helen O'Shaughnessy (helen@nklawllp.com)<br>Natalie Adeeyo (nadeeyo@nklawllp.com)<br>Special Assistants Corporation Counsel<br>33 W. Monroe, Suite 1830<br>Chicago, IL 60603<br>(312) 612 1955 |
| /s/ Larry S. Kowalczyk<br>Special Assistant Corporation Counsel<br><br>Larry S. Kowalczyk-lkowalczyk@querrey.com<br>Megan Monaghan-mmonaghan@querrey.com<br>Querrey & Harrow, Ltd.<br>Special Assistants Corporation Counsel<br>175 West Jackson Blvd., Suite 1600<br>Chicago, Illinois 60604-2827<br>(312) 540-7000<br>*Counsel for Defendant Officers Ramirez, Treacy, Karczewski, Pacelli, Pardo, Nunez, Utreras, McClain, and Hernandez* | /s/ Kenneth M. Battle<br>Special Assistant Corporation Counsel<br><br>Kenneth M. Battle<br>Winnefred A. Monu<br>Jessica Gomez-Feie<br>kbattle@mokblaw.com<br>wmonu@mokblaw.com<br>jgf@mokblaw.com<br>Special Assistants Corporation Counsel<br>20 North Clark Street., Suite 1600<br>Chicago, Illinois 60602<br>(312) 786-4600<br>*Counsel for Defendant Officer Xavier Elizondo* |
| /s/ Whitney N. Hutchinson<br>Special Assistant Corporation Counsel<br><br>Timothy P. Scahill – tscahill@borkanscahill.com<br>Whitney N. Hutchinson – whutchinson@borkanscahill.com<br>Andrew M. Cook – acook@borkanscahill.com<br>Borkan & Scahill, Ltd.<br>Special Assistant Corporation Counsel<br>20 South Clark Street<br>Suite 1700<br>Chicago, Illinoi 60603<br>(312) 580-1030<br>*Counsel for Defendant David Salgado* | /s/ Kathryn M. Doi<br>Special Assistant Corporation Counsel<br><br>Gary Ravitz, Special Assistant Corporation Counsel (gravitz@daleymohan.com)<br>Eric S. Palles, Special Assistant Corporation Counsel (epalles@daleymohan.com)<br>Kathryn M. Doi, Special Assistant Corporation Counsel (kdoi@daleymohan.com)<br>DALEY MOHAN GROBLE, P.C.<br>55 E. Monroe Street, Suite 1600<br>Chicago, Illinois 60603<br>312-422-9999<br>*Counsel for Defendant Officer Richard Mostowski* |