IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRENE SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20 C 00478 |
| | ) | |
| CITY OF CHICAGO; DAVID SALGADO, | ) | Honorable John F. Kness |
| XAVIER ELIZONDO, ROBERTO RAMIREZ, | ) | |
| RICHARD MOSTOWSKI, LISA TORRES, | ) | |
| ARNOLDO LUEVANO, MARCOS PEREZ, | ) | |
| And UNKNOWN OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation
CELIA MEZA
Corporation Counsel
Attorney for City of Chicago

BY: _____
Jessica L. Felker
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-5126
Attorney No. 6296357
DATE: 8/16/21

/s/ Scott Rauscher
Scott Rauscher
Attorney for the Plaintiff Irene Simmons
Loevy & Loevy
311 North Aberdeen Street, Third Floor
Chicago, IL 60607
(312) 243-5900
Attorney No. 6287162
DATE: 08/12/2021

*[signature]*

Larry Kowalczyk
Attorney for Defendants Roberto Ramirez,
Lisa Torres, Arnoldo Luevano, and Marcos
Perez
Special Assistant Corporation Counsel
Querrey & Harrow, LTD.
175 West Jackson Blvd., Suite 1600
Chicago, Illinois 60604
(312) 540-7000
Attorney No.
DATE: 8/12/21

*[signature]*

Gary Ravitz
Attorney for Defendant Richard Mostowski
Special Assistant Corporation Counsel
Daley Mohan Groble, P.C.
55 E. Monroe Street, Suite 1600
Chicago, Illinois 60603
(312) 422-9999
Attorney No.
DATE: 8/12/21

*[signature]*

Natalie Adeeyo
Special Assistant Corporation Counsel
Nathan & Kamionski LLP
33 West Monroe, Suite 1830
Chicago, Illinois 60603
(312) 612-2255
Attorney No. 6323542
DATE: 8/16/21

*[signature]* Whitney Hutchinson
Attorney for Defendant David Salgado
Special Assistant Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030
Attorney No. 6303571
DATE: 8/12/21

*[signature]*

Kenneth Battle
Attorney for Defendant Xavier Elizondo
Special Assistant Corporation Counsel
O'Connor & Battle
20 North Clark Street, Suite 1600
Chicago, Illinois 60602
(312) 786-4600
Attorney No.
DATE: 8/12/2021